Case 6:19-cv-00643-ADA Document 44 Filed 10/31/23 Page 1 of 1

**FILED**
October 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

ANNETTE MARIE AUBREY,
Plaintiff,

v.

WARDLAW CLAIMS,
Defendant.

6:19-CV-00643-ADA

MOTION FOR EXTENSION TO SEEK LEGAL COUNCEL IN RESPONSE TO DEFENDANT MOTION TO DISMISS

My name is Annette Aubrey. I am asking that the court to extend the Motion for Extension to seek legal councel in response to Defendant Motion to Dismiss

Annette Aubrey
1429 Thunderbrook Dr.
DeSoto, TX 75115
214-530-7804